# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131582

JOHN MATTHEW MARIOTTI,
and MARY ANN MARTIN,
       Plaintiffs-Appellants,

v

DEPUTY RAYMOND JOHNSON,
OFFICER DUSTIN DeNIO, INVESTIGATOR
MICHAEL T. HAWES, SERGEANT BURKE,
LT. REMSEY, SERGEANT GORDISH,
DEPUTY MICHAEL SCHWARTZ, and
DEPUTY DENIE MARKS,
       Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131582
COA: 269634
Wayne CC: 03-316739-CZ

_____/

     On order of the Court, the application for leave to appeal the May 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

11023

_____
Clerk